**Stuart D. Kirchick, Esq. [State Bar No.: 144145]**
**LAW OFFICES OF STUART D. KIRCHICK**
**2131 The Alameda, Suite C-1**
**San Jose, California 95126**
**Ph: 408/291-0123  Facsimile:  408/291-0418**

**Attorney for:**  Defendant, Fidel Garcia

IN THE UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 04-20096 JW |
| Plaintiff(s), | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| FIDEL GARCIA | |
| Defendant(s). | |

The sentencing for defendant FIDEL GARCIA was originally scheduled on September 18, 2006 at 1:30 p.m. in Department 8.  Due to counsel for FIDEL GARCIA being engaged in trial, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR COUNSEL HEREIN that sentencing for defendant FIDEL GARCIA be continued to October 16, 2006, at 1:30 p.m.

**SO STIPULATED:**

Dated: September 13, 2006                                             /S/
                                                                                    MATTHEW A. LAMBERTI, AUSA

1

Dated: September 13, 2006 　　　　　　　　/S/
STUART D. KIRCHICK,
Attorney for Defendant, FIDEL GARCIA

**SO ORDERED:**

Dated: September 14, 2006

THE HONORABLE JAMES WARE
JUDGE OF THE SUPERIOR COURT